JS-6

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| BRISMA DALILIA ARANA VALLE,<br><br>             Petitioner,<br><br>    v.<br><br>TODD LYONS, et al.,<br><br>             Respondents. | Case No. 5:26-cv-02133-MBK<br><br>JUDGMENT |

Pursuant to the Court's Order Granting Petition for Habeas Corpus, IT IS ADJUDGED that the petition is GRANTED.

Dated: May 5, 2026



_____

HON. MICHAEL B. KAUFMAN
UNITED STATES MAGISTRATE JUDGE